**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| ZTE CORPORATION, a corporation organized under the laws of the Peoples Republic of China, | ) ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | C.A. No. |
| | ) | |
| VRINGO, INC., a Delaware corporation and VRINGO INFRASTRUCTURE, INC., a Delaware corporation, | ) ) ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendants. | ) ) | |

**ZTE CORPORATION'S MOTION FOR EXPEDITED CONSIDERATION
OF A TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

Plaintiff ZTE Corporation respectfully requests that the Court enter a Temporary Restraining Order and Preliminary Injunction barring Vringo and any subsidiaries or entities that it controls from (1) taking any action to exclude ZTE products in Romania during the pendency of this FRAND proceeding and (2) contacting any of ZTE's customers, vendors or suppliers anywhere in the world to inform them of any Order to cease sales of ZTE products during the pendency of this FRAND proceeding.  If ZTE prevails on its claims that Vringo has breached its FRAND obligations, the Court can then take up the issue of how this temporary relief should be transformed to permanent relief.  In the event that the Court determines that resolving that question requires a trial, ZTE is prepared to proceed quickly and the preliminary injunction should remain in place until the matter can be tried.

The grounds for this motion are set forth in Defendants' Opening Brief filed herewith.

Dated:  February 5, 2015                    _/s/ Mary B. Matterer_
                                            Richard K. Herrmann (#405)
                                            Mary B. Matterer (#2696)
                                            MORRIS JAMES LLP
                                            500 Delaware Ave., Suite 1500
                                            Wilmington, DE 19801-1494
                                            (302) 888.6800
                                            rherrmann@morrisjames.com
                                            mmatterer@morrisjames.com

                                            Steven A. Moore (CA SBN 232114)
                                            steven.moore@pillsburylaw.com
                                            Callie Bjurstrom (CA SBN 137816)
                                            callie.bjurstrom@pillsburylaw.com
                                            Nicole S. Cunningham (CA SBN 234390)
                                            nicole.cunningham@pillsburylaw.com
                                            PILLSBURY WINTHROP SHAW PITTMAN LLP
                                            501 W. Broadway, Suite 1100
                                            San Diego, CA  92101-3575
                                            Telephone: (619) 234-5000
                                            Facsimile:  (619) 236-1995

                                            Barry K. Shelton (TX SBN 24055029)
                                            barry.shelton@pillsburylaw.com
                                            PILLSBURY WINTHROP SHAW PITTMAN LLP
                                            221 West 6th Street, Suite 1110
                                            Austin, TX 78701-3443
                                            Telephone: 512.375.4907
                                            Facsimile: 512.479.6745

                                            *ATTORNEYS FOR PLAINTIFF*
                                            *ZTE CORPORATION*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ZTE CORPORATION, a corporation organized under the laws of the Peoples Republic of China, ) ) ) ) | |
| Plaintiff, ) ) ) | |
| vs. ) ) | C.A. No. |
| VRINGO, INC., a Delaware corporation and VRINGO INFRASTRUCTURE, INC., a Delaware corporation, ) ) ) ) | **DEMAND FOR JURY TRIAL** |
| Defendants. ) ) ) | |

**[PROPOSED] ORDER**

The Court, having considered ZTE Corporation's Motion for Expedited Consideration of a Temporary Restraining Order and Preliminary Injunction and all related briefing, finds good cause exists to grant the motion.

**IT IS, THEREFORE, ORDERED THAT**:

ZTE Corporation's Motion for a Temporary Restraining Order and Preliminary Injunction be granted.  Vringo, Inc., Vringo Infrastructure, Inc. and any subsidiaries or entities that either Vringo entity controls are barred from (1) taking any action to exclude ZTE products in Romania during the pendency of this FRAND proceeding and (2) contacting any of ZTE's customers, vendors or suppliers anywhere in the world to inform them of any Order to cease sales of ZTE products during the pendency of this FRAND proceeding.

Signed on this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE