PILLSBURY WINTHROP SHAW PITTMAN LLP
Steven A. Moore (CA SBN 232114)
steven.moore@pillsburylaw.com
Callie Bjurstrom (CA SBN 137816)
callie.bjurstrom@pillsburylaw.com
Nicole S. Cunningham (CA SBN 234390)
nicole.cunningham@pillsburylaw.com
Nathaniel R. Smith (CA SBN 257615)
nathaniel.smith@pillsburylaw.com
501 W. Broadway, Suite 1100
San Diego, CA 92101-3575
Telephone: (619) 234-5000
Facsimile: (619) 236-1995

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| ZTE Corporation a corporation organized under the laws of the Peoples Republic of China | Jury Trial Demanded |
| | Case No. |
| Plaintiff, | |
| vs. | |
| VRINGO, INC., a Delaware corporation and VRINGO INFRASTRUCTURE, INC., a Delaware corporation, | |
| Defendants. | |

### DECLARATION OF MR YI HU (OLIVER) IN SUPPORT OF ZTE CORPORATION'S MOTION FOR TEMPORARY RESTRAINING ORDER

I, Oliver Hu, hereby declare as follows:

1. I am Head of IPR Litigation for ZTE Corporation ("ZTE"). I have personal knowledge of the facts contained in this declaration and, if called upon to testify to the truth of these facts, I could and would do so competently.

2. ZTE Corporation is a corporation organized and existing under the laws of the People's Republic of China, having a principal place of business in Shenzhen, China.

3. I work at ZTE's headquarters in Shenzhen, Guangdong Province, People's Republic of China and am knowledgeable about the ZTE's organization and structure as it relates to worldwide Intellectual Property, litigation, and licensing activities.

4. The Court in the Romanian patent litigation has issued a preliminary injunction against the sale of certain ZTE products.

5. The injunction requires Vringo to post a bond of 240 thousand € for it to take effect.

6. ZTE has contractual obligations in Romania that will result in a loss of 30 million – 40 million € should it the injunction be enforced.

7. My understanding is that ZTE will take all appropriate steps to ensure compliance with such an injunction if and when it becomes effective.

8. Vringo has contacted a number of ZTE customers in Romania and informed them that ZTE's products infringe Vringo patents. This activity harms customer relationships, ZTE's reputation, and goodwill.

9. Vringo obtained an interim injunction in Brazil prohibiting ZTE's sales of infrastructure equipment pending the outcome of the infringement case.

10. Vringo has obtained preliminary relief in Holland.

11. Vringo has publicly threatened to use the courts "world-wide" to force ZTE into licenses on its terms.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th of February, 2015

_____