

Mary B. Matterer
302.888.6960
mmatterer@morrisjames.com

February 5, 2015

**VIA HAND DELIVERY**
John A. Cerino, Clerk of the Court
United States District Court
   for the District of Delaware
844 North King Street
Wilmington, DE  19801

    Re:    *ZTE Corporation v. Vringo, Inc. and Vringo Infrastructure, Inc.*
              **Request for Temporary Restraining Order**

Dear Mr. Cerino:

    ZTE Corporation ("ZTE") has today filed a Complaint for Breach of Contract against Vringo, Inc. and Vringo Infrastructure, Inc. (collectively "Vringo").  Along with the Complaint, ZTE has filed a Motion for Expedited Consideration of a Temporary Restraining Order and Preliminary Injunction.  ZTE is seeking a temporary restraining order to preserve the status quo while the parties brief and the Court considers ZTE's motion for a preliminary injunction.  A TRO is necessary because Vringo threatened this week to take immediate steps to enforce an injunction to exclude all of ZTE's 4G/LTE standard-compliant products from Romania.  In addition, Vringo has begun to provide notice to vendors of ZTE's products to inform them to cease all sales of such products in Romania.  Vringo's imminent actions to exclude ZTE's products from the Romanian market and to interfere with ZTE's vendor and customer relationships will cause irreparable harm to ZTE, including loss of customers and potential customers, loss of goodwill and product image, loss of market share, and uncertainty among customers and potential customers.

    We therefore respectfully request a hearing as soon as it is possible to schedule due to the irreparable harm that ZTE is already suffering as set out fully in the papers filed with the Court.

    Thank you for your consideration and assistance in scheduling this urgent matter.

                        Yours sincerely,

                        */s/ Mary B. Matterer*

                        Mary B. Matterer (I.D. #2696)

MBM/sch