## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ZTE CORPORATION, a corporation organized under the laws of the Peoples Republic of China, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | C.A. No. 15-132 |
| VRINGO, INC., a Delaware corporation and VRINGO INFRASTRUCTURE, INC., a Delaware corporation, | ) ) ) ) | **DEMAND FOR JURY TRIAL** |
| Defendants. | ) ) | |

### [PROPOSED] ORDER

The Court, having considered ZTE Corporation's Motion for Expedited Consideration of a Temporary Restraining Order and Preliminary Injunction and all related briefing, finds good cause exists to grant the motion.

**IT IS, THEREFORE, ORDERED THAT:**

ZTE Corporation's Motion for a Temporary Restraining Order and Preliminary Injunction be granted. Vringo, Inc., Vringo Infrastructure, Inc. and any subsidiaries or entities that either Vringo entity controls are barred from (1) taking any action to exclude ZTE products in Romania during the pendency of this FRAND proceeding and (2) contacting any of ZTE's customers, vendors or suppliers anywhere in the world to inform them of any Order to cease sales of ZTE products during the pendency of this FRAND proceeding.

Signed on this ___6th___ day of ___Feb_____, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE