

February 6, 2015

<u>VIA E-FILE</u>
The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street, Unit 19, Room 4324
Wilmington, DE 19801-3556

    Re:   *ZTE Corporation v. Vringo, Inc., et al.,*
           **C.A. No. 15-cv-132-GMS**

Dear Judge Sleet:

    We, along with Alston & Bird LLP, were retained this afternoon to represent Defendants Vringo Inc. and Vringo Infrastructure, Inc. in the above-captioned matter. We write to request a conference with the Court as soon as practicable to address issues raised in this case and the Order entered earlier this afternoon (D.I. 9) granting Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (D.I. 3). We are advised that neither defendant was served with process at the time the Order was entered. And, to our knowledge, service has not yet been made on either defendant.

    Specifically, we believe that this case should be transferred to the Southern District of New York where an earlier related action has been pending before Judge Kaplan since July 3, 2014. *Vringo Inc. v. ZTE Corp.*, No. 14-cv-4988. That action involves the same parties and similar issues to those raised here. In that action, ZTE argued at length that a U.S. Court may not issue an injunction requiring it to withdraw documents filed before a Chinese Court on grounds of international comity.

    Barring that transfer, we would also like to address the substance of the arguments that Plaintiff has made in its papers and respectfully request that the Court set aside its Order on the grounds of, among others, international comity, due process and *res judicata*.

                                                 Respectfully submitted,

                                               /s/ Michael J. Farnan

                                             Michael J. Farnan

cc:    Counsel of Record (via e-filing)