# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| ZTE CORPORATION<br>*Plaintiff(s)*<br>v.<br>VRINGO, INC. and<br>VRINGO INFRASTRUCTURE, INC.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  15 - 132 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Vringo, Inc.
c/o Registered Agent - Vcorp Services, LLC
1811 Silverside Road
Wilmington, DE  19810

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Mary B. Matterer
Richard K. Herrmannn
Kenneth L. Dorsney
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  FEB - 6 2015                    _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Vringo, Inc.
was received by me on *(date)* 2-6-15 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Chun Vogel , who is designated by law to accept service of process on behalf of *(name of organization)* Vcorp Services LLC, 1811 Silverside Road, Wilmington DE 19810 on *(date)* 2-6-15 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-6-15

*Server's signature*

Steven McLaughlin, Jr.    Courier
*Printed name and title*

824 Market Street
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc: