IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZTE CORPORATION, a corporation organized under the laws of the Peoples Republic of China, ) ) ) ) | |
| Plaintiff, ) | |
| vs. ) | C.A. No. 15-132 UNA |
| VRINGO, INC., a Delaware corporation and VRINGO INFRASTRUCTURE, INC., a Delaware corporation, ) ) ) ) | **DEMAND FOR JURY TRIAL** |
| Defendants. ) | |

**AFFIDAVIT OF PERSONAL SERVICE**

STATE OF DELAWARE:
                 SS
COUNTY OF NEW CASTLE:

I, Steven McLaughlin, Jr., of DLS Discovery Inc. of the State of Delaware, County of New Castle, being duly sworn, state that on the 6th day of February, 2015, I personally served a Temporary Restraining Order upon the following entity by leaving a copy pursuant to the request of the Registered Agent, Vcorp Services, LLC, at its address, 1811 Silverside Road, Wilmington, DE:

**VRINGO INFRASTRUCTURE, INC.**

Name of individual who accepted service:  Chun Vogel at 4:00 p.m.

_____
[Process Server]

Subscribed and sworn before me
This __6th__ day of February 2015

_____
Notary Public
My commission expires:

RUTH A. JACKSON
Notary Public - State of Delaware
My Comm. Expires February 21, 2017