# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZTE Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VRINGO, INC., et al. )<br>)<br>Defendants. )<br>) | C.A. No. 15-cv-132-GMS |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Mark A. McCarty of Alston & Bird LLP to represent Defendants Vringo, Inc. and Vringo Infrastructure, Inc. in this matter.

Date: February 9, 2015

Respectfully submitted,

FARNAN LLP

 /s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorney for Defendants*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____         _____
                              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted __X__ to the Clerk's Office upon the filing of this motion.

Date: 2/9/15

Mark A. McCarty
Alston & Bird LLP
90 Park Avenue, 15th Floor
New York, NY 10016
(212) 210-9471
mark.mccarty@alston.com