**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ZTE CORPORATION,<br><br>           Plaintiffs,<br><br>      v.<br><br>VRINGO, INC., et al.,<br><br>           Defendants. | )<br>)<br>)<br>)   C. A. No. 15-cv-132-GMS<br>)<br>)<br>)<br>)   **JURY TRIAL DEMANDED**<br>)<br>) |

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS

Pursuant to Fed. R. Civ. P. 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Vringo Infrastructure, Inc., through its attorneys, declares that it is a wholly-owned subsidiary of Vringo, Inc. Defendant Vringo, Inc., through its attorneys, declares that it is a Delaware corporation whose common stock and warrants trade on the NASDAQ Capital Market under the symbols VRNG and VRNGW, respectively, and that no publicly held corporation owns 10% or more of its stock.

Dated: February 9, 2015

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for Defendants Vringo, Inc. and Vringo Infrastructure, Inc.*