IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ZTE CORPORATION,                     )
                                     )
            Plaintiff,               )
                                     )
    v.                               )        Civil Action No. 15-132-GMS
                                     )
VRINGO, INC., and VRINGO             )
INFRASTRUCTURE, INC.                 )
                                     )
            Defendants.              )

## ORDER

At Wilmington, this _10th_ day of February 2015, presently before the court is the defendants' motion to dissolve the temporary restraining order ("TRO") and preliminary injunction, issued by this court on February 6, 2015 (D.I. 9; D.I. 17);

IT IS HEREBY ORDERED that the defendants' motion to dissolve the TRO and preliminary injunction (D.I. 17) is GRANTED. The court's order first instating the TRO and injunction was erroneous and did not comply with Federal Rule of Civil Procedure 65;

IT IS HEREBY FURTHER ORDERED that, in the interests of convenience, efficiency, consistency, and fairness, this matter is TRANSFERRED to the District Court for the Southern District of New York, to be consolidated with related action: *Vringo, Inc. v. ZTE Corp., et al.*, No. 14-cv-4988 (S.D.N.Y. filed July 2, 2014);

IT IS HEREBY FURTHER ORDERED that the Clerk of the Court is directed to close this case.

UNITED STATES DISTRICT JUDGE